IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| RALPH ANDERSON, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| SECRETARY ERIC K. SHINSEKI, | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, named-above, complains of act and omissions to act by the Defendant. In support of his Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to the Title VII 42 U.S.C. § 2000 and 28 U.S.C. § 1331.

2. Plaintiff received a final agency decision on or about February 28, 2014.

### PARTIES

3. Plaintiff, Ralph Anderson, Jr., is an African-American citizen of the Northern District of Indiana.

4. Defendant is a government entity doing business in the State of Indiana in the Northern District of Indiana.

### FACTS

5. Plaintiff applied for an air conditioning mechanic position (WC-10) in 2009.

6. Plaintiff was interviewed and selected for the position.

7. Plaintiff was fingerprinted, his blood work was taken and he was given a start date.

8. Plaintiff was subsequently called, however, and told he was being de-selected because Defendant was not going to fill the position.

9. Defendant had no African-American air conditioning mechanics nor any African-American tradesmen except one driver.

10. Ninety (90) days after the position was pulled Defendant re-posted the position and a Caucasian mechanic was hired.

11. Plaintiff filed an EEOC charge against Defendant for racial discrimination in February 2009.

12. In May 2009 Plaintiff and Defendant settled the claim.

13. Plaintiff was hired as an air conditioning mechanic temporarily.

14. The position would last for two (2) years with a two (2) year option.

15. Plaintiff performed the job well.

16. All of Plaintiff's evaluations were fully satisfactory.

17. Defendant, in the past, had converted Caucasian air conditioning mechanics on a 2 year term to full time mechanics.

18. However, Defendant refused to convert Plaintiff's position to a permanent position.

19. Shortly after Plaintiff's term came to an end Defendant posted three (3) air conditioning mechanic positions as open and available.

20. In February 2012 Plaintiff applied for one of the positions.

21. Plaintiff was certified as eligible for the position based on his qualifications.

22. Plaintiff was interviewed and was subsequently told he was selected for one of the open

air conditioning mechanic positions.

23. Nevertheless, again Plaintiff was called and told he was de-selected.

24. The reason given for Plaintiff's de-selection was that a ten (10) point veteran preference applicant had been overlooked and it was illegal to not select a qualified applicant with a veteran preference.

25. Plaintiff was told he had the lowest point total of the candidates selected therefore, he had to be de-selected.

26. All the applicants ultimately hired for the three open positions were Caucasian.

27. However, Plaintiff is more qualified than the Caucasian applicants selected.

28. More importantly, Plaintiff also has a under represented minority preference which makes it illegal to not select him in favor of applicants with no preference.

29. Plaintiff was not hired by Defendant due to his race.

### COUNT I

30. Plaintiff incorporates by reference paragraphs 1 through 29.

31. Defendant, as a result of not hiring Plaintiff due to his race, is in violation of Title VII, 42 U.S.C. § 2000 et al.

### COUNT II

32. Plaintiff incorporates by reference paragraphs 1 through 29.

33. Defendant, as a result of retaliating against Plaintiff for engaging in protected activity, has violated Title VII 42 U.S.C. § 2000 et al.

### **CLAIM FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully prays the Court grant the following relief:

A. Reinstate Plaintiff to her former position.

B.     Award Plaintiff back pay, front pay and benefits lost.

C.     Award Plaintiff compensatory damages.

D.     Award Plaintiff punitive damages.

E.     Award Plaintiff his costs in this action and reasonable attorney's fees.

F.     Grant any and all other relief as is just and proper in the premises.

Respectfully submitted,

STOWERS & WEDDLE P.C.

_____
Gregory A. Stowers, #13784-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff, by counsel, and requests that this cause be tried by jury.

Respectfully submitted,

_____
Gregory A. Stowers, #13784-49

**STOWERS & WEDDLE P.C.**
626 N. Illinois Street
Suite 201
Indianapolis, IN 46204
(317)636-6320